# United States District Court
# Central District of California

| | |
|---|---|
| OMRI MERON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GREEN TREE MORTGAGE CO.;<br>GREEN TREE SERVICING, LLC; RBS<br>CITIZENS; and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-06075-ODW (MRW)<br><br>**ORDER TO SHOW CAUSE RE:**<br>**LACK OF PROSECUTION** |

　　　　It appears that Defendants Green Tree Mortgage Co. and RBS Citizens have not been served with the Complaint. Therefore, the Court **ORDERS** Plaintiff **TO SHOW CAUSE**, in writing, **by October 23, 2015**, why Defendants Green Tree Mortgage Co. and RBS Citizens should not be dismissed for lack of prosecution. No hearing will be held. The Court will discharge this Order upon the filing of a proof of service of summons on both Defendants.

　　　　**IT IS SO ORDERED.**

　　　　October 9, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**